UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **SANDY BRICK, ET AL** | **NO. 2:21-CV-04386** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, ET AL** | **MAG. JUDGE KATHLEEN KAY** |

**MEMORANDUM ORDER**

A Complaint for Declaratory and Injunctive Relief [Doc. No. 1] was filed by Plaintiffs Sandy Brick ("Brick"), a resident of Louisiana, and Jessica Trenn ("Trenn"), a resident of Ohio on December 22, 2021. Brick and Trenn also filed a Motion for Preliminary Injunction [Doc. No. 4] on December 23, 2021. The matter was reassigned to this Court [Doc. No. 7] on December 28, 2021.

Brick and Trenn seek a preliminary injunction as to the Head Start Vaccine and Mask Mandate, which was formally published in the Federal Register on November 30, 2021. 86 Fed. Reg. 68052.

This Court, on January 1, 2022, in the proceeding entitled *State of Louisiana, et al v. Xavier Becerra, et al*, Civil Action No. 3:21-cv-4370, granted a preliminary injunction to the enforcement of the Head Start Mask and Vaccine Mandate. Because the scope of the Preliminary Injunction includes Louisiana and Ohio, the pending Motion for Preliminary Injunction filed by Brick and Trenn is moot.

Therefore, for the reasons stated above,

IT IS ORDERED that the Motion for Preliminary Injunction [Doc. No. 4] filed By Brick and Trenn is DENIED AS MOOT.

MONROE, LOUISIANA, this 3rd day of January 2022.

                                                                         _____
                                                                         TERRY A. DOUGHTY
                                                                         UNITED STATES DISTRICT JUDGE